# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-mj-258 |
| | : | |
| JAMES MCNAMARA | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of Defendant's Amended Motion for Leave to Appear Pro Hac Vice, ECF No. 12, the undersigned hereby **GRANTS** the Motion. The earlier-filed First Motion for Leave to Appear Pro Hac Vice, ECF No. 10, is hereby **DENIED AS MOOT.**

**SO ORDERED.**

_____
The Honorable G. Michael Harvey
United States Magistrate Judge