NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.   Criminal Number  22 MJ 258

**JAMES MCNAMARA**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

6315765
*(Attorney & Bar ID Number)*

Breen & Pugh
*(Firm Name)*

53 W. Jackson Blvd., Suite 1215
*(Street Address)*

Chicago, IL 60604
*(City)   (State)   (Zip)*

312-360-1001
*(Telephone Number)*