NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                              Criminal Number  22-MJ-258-ZMJ

**James McNamara**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA         ☒ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

**Christopher Dallas # 6343122**
_(Attorney & Bar ID Number)_

Breen & Pugh
_(Firm Name)_

**53 W. Jackson Blvd. Suite 1215**
_(Street Address)_

**Chicago      IL            60012**
_(City)_         _(State)_         _(Zip)_

**312-360-1001**
_(Telephone Number)_