NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number 22-MJ-258-ZMJ

**James McNamara**
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA    ☒ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Thomas M. Breen  #0287547
_(Attorney & Bar ID Number)_

Breen & Pugh
_(Firm Name)_

53 W. Jackson Blvd.
_(Street Address)_

Chicago    IL    60604
_(City)    (State)    (Zip)_

312-360-1001
_(Telephone Number)_