# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 1:22-mj-258 |
| JAMES MCNAMARA | : | |
| Defendant. | : | |

## ORDER

Based upon the representations in the Consent Motion to Vacate Status conference, Continue Status Conference, and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status conference on February 16, 2023 is **VACATED** and a status conference is set for April 20, 2023 at 1 p.m. before the duty Magistrate Judge; and it is further

**ORDERED** that the time between February 16, 2023 and April 20, 2023 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery and negotiate potential pre-trial resolution.

**SO ORDERED** this 13th day of February, 2023.

_____
MOXILA A. UPADHYAYA
United States Magistrate Judge